

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00844-CV

**IN RE** Peter **BARTON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  January 2, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On December 20, 2012, Relator Peter Barton filed a petition for writ of mandamus and motion for emergency stay.  This court has determined that relator is not entitled to the relief sought.  Therefore, the petition and motion for emergency stay are DENIED.  TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-12-308, styled *Peter Barton v. Ana Lisa Garza*, pending in the 229th Judicial District Court, Duval County, Texas, the Dick Alcala presiding.